The People of the State of New York, Respondent,
against
Raymond Rodney, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Felicia A. Mennin, J.), rendered August 8, 2013, after a nonjury trial, convicting him of disorderly conduct, and imposing sentence.




Per Curiam.
Judgment of conviction (Felicia A. Mennin, J.), rendered August 8, 2013, reversed, on the law, and accusatory instrument dismissed.
Reversal of the judgment convicting defendant of disorderly conduct and dismissal of that charge is mandated since, as the People concede, the allegations in the accusatory instrument were jurisdictionally insufficient to meet the elements of disorderly conduct (see People v Jones, 9 NY3d 259, 262 [2007]). 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur 
Decision Date: September 12, 2016